**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN TRAVIS TEATS, | Case No. 2:25-cv-11089-AB (E) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| LA COUNTY SHERIFF'S DEPARTMENT, | |
| Defendant. | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the First Amended Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which any objections have been made.

The Report recommends the dismissal of the First Amended Complaint without further leave to amend because Plaintiff failed to state a claim for municipal liability under *Monell v. New York Dep't of Soc. Servs.*, 436 U.S. 658 (1978). (Dkt. No. 15.) Plaintiff's objections to the Report (Dkt. No. 13) do not merit any change to the Report's findings or recommendations.

Plaintiff objects that he has stated a *Monell* claim based on "countless acts in violation of the Plaintiff's constitutional rights . . . which occurred in a persistent systematic pattern of police misconduct." (Dkt. No. 17 at 3.) The Court agrees with the Report that Plaintiff, who alleged essentially two unlawful encounters with law enforcement officers in December 2024 and June 2025, did not sufficiently allege wrongdoing "pursuant to a municipal policy, custom or usage." (Dkt. No. 15 at 2.) "The First Amended Complaint did not put forth additional facts regarding the specific nature of this alleged policy, custom, or practice[.]" *AE ex rel. Hernandez v. County of Tulare*, 666 F.3d 631, 637 (9th Cir. 2012).

Plaintiff objects that he has stated a claim under the Racketeer Influenced and Corrupt Organizations Act ("RICO"). (Dkt. No 17 at 5.) However, the First Amended Complaint does not purport to raise a RICO claim. (Dkt. No. 13.) Moreover, municipal entities cannot be liable under RICO. *Pedrina v. Chun*, 97 F.3d 1296, 1300 (9th Cir. 1996).

The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment shall be entered dismissing the First Amended Complaint without leave to amend and without prejudice.

IT IS FURTHER ORDERED that the Clerk serve forthwith copies of this Order and the Judgment on Plaintiff.

DATED: February 25, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE