JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TRAVIS TEATS,<br><br>     Plaintiff,<br><br>   v.<br><br>LA COUNTY SHERIFF'S DEPARTMENT<br>OF LANCASTER CALIFORNIA,<br><br>     Defendant. | No. CV 25-11089-AB(E)<br><br>JUDGMENT |

IT IS ADJUDGED that the First Amended Complaint is dismissed without leave to amend and without prejudice.

Dated: February 25, 2026.

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE